**ORIGINAL**

FILED

02/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0436

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0436

_____

RICHARD DUCHARME,

      Petitioner and Appellee,

v.

JENNIFER BRICK,

      Respondent and Appellant.

O R D E R

_____

      Appellant Jennifer Brick has filed a fourth unopposed motion for a 60-day extension of time to file her opening brief. Good cause appearing,

      IT IS HEREBY ORDERED that Appellant has until April 22, 2024, to file her opening brief.

      No further extensions will be granted.

      DATED this 21st day of February, 2024.

      For the Court,

_____
Chief Justice

**FILED**

FEB 2 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana